NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3219

KENNETH TOMPKINS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in
AT0752090033-I-1.

ON MOTION

## O R D E R

The United States Postal Service moves for a 30-day extension of time, until February 10, 2010, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 1 3 2010
_____
Date

/s/ Jan Horbaly_____
Jan Horbaly
Clerk

cc:    Wayne A.J. Wattley, Esq.
        Ray E. Donahue, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 13 2010

JAN HORBALY
CLERK